## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | No. 3:15-CR-00280 |
| v. | | (Judge Brann) |
| EDWARD JETER, | | |
| Defendant. | | |

## ORDER

### AUGUST 11, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Jeter's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A), (Doc. 72) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge