IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:15-CR-00280 |
| v. | (Judge Brann) |
| EDWARD JETER, | |
| Defendant. | |

## ORDER

**MARCH 23, 2021**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Edward Jeter's motion for reconsideration (Doc. 88) is **GRANTED**; and

2. Jeter's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A), (Doc. 72) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge